Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

Case No.: 15–33866–ABA  
Chapter: 13  
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andrew J. Rittenhouse           Anita Rittenhouse  
107 E. Partridge Lane           107 E. Partridge Lane  
Cherry Hill, NJ 08003           Cherry Hill, NJ 08003

Social Security No.:  
xxx–xx–6723                     xxx–xx–9524

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:         August 16, 2019  
Time:         09:00 AM  
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*70* – Certification in Opposition to (related document:69 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/29/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Daniel A. Frischberg on behalf of Andrew J. Rittenhouse, Anita Rittenhouse. (Frischberg, Daniel)

and transact such other business as may properly come before the meeting.

Dated: July 19, 2019  
JAN: jpl

Jeanne Naughton  
Clerk